```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 12223
   RONALD LEE MATTOX
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0621

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/10/2007 and was confirmed 08/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 12/03/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG        .00           .00           .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE        .00           .00           .00
PIERCE & ASSOC           NOTICE ONLY    NOT FILED          .00           .00
ENGLISH VALLEY CONDO ASS MORTGAGE ARRE    2066.80          .00           .00
ENGLISH VALLEY CONDO ASS UNSECURED      NOT FILED          .00           .00
ENGLISH VALLEY CONDO ASS CURRENT MORTG        .00           .00           .00
B-REAL LLC               UNSECURED         815.75          .00           .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED          .00           .00
COMMONWEALTH EDISON      NOTICE ONLY    NOT FILED          .00           .00
CREDIT PROTECTION        UNSECURED      NOT FILED          .00           .00
COMCAST                  NOTICE ONLY    NOT FILED          .00           .00
COMCAST                  NOTICE ONLY    NOT FILED          .00           .00
DRIVE FINANCIAL          NOTICE ONLY    NOT FILED          .00           .00
IC SYSTEM INC            UNSECURED         169.04          .00           .00
CALUMET SURGERY          NOTICE ONLY    NOT FILED          .00           .00
RICHARD KOMYATTE & ASSOC UNSECURED      NOT FILED          .00           .00
HAMMOND CLINIC LLC       NOTICE ONLY    NOT FILED          .00           .00
MONTEREY FINANCIAL       UNSECURED         219.64          .00           .00
MONTEREY FINANCIAL SERVI NOTICE ONLY    NOT FILED          .00           .00
MRSI                     UNSECURED      NOT FILED          .00           .00
INGALLS MEMORIAL HOSPITA NOTICE ONLY    NOT FILED          .00           .00
INGALLS MEMORIAL HOSPITA NOTICE ONLY    NOT FILED          .00           .00
MONTEREY FINANCIAL       SECURED           1100.00        16.49         52.42
DRIVE FINANCIAL SERVICES SECURED NOT I  17091.11          .00           .00
LEDFORD & WU             DEBTOR ATTY     2,971.00                      434.73
TOM VAUGHN               TRUSTEE                                        36.36
DEBTOR REFUND            REFUND                                          .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12223 RONALD LEE MATTOX
```

```
TRUSTEE                                       540.00

PRIORITY                                                             .00
SECURED                                                            52.42
    INTEREST                                                       16.49
UNSECURED                                                            .00
ADMINISTRATIVE                                                    434.73
TRUSTEE COMPENSATION                                               36.36
DEBTOR REFUND                                                        .00
                                         ---------------   ---------------
TOTALS                                        540.00              540.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 03/25/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE